Susana Alcala Wood, City Attorney, (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
KATE D. BROSSEAU, Deputy City Attorney (SBN 345596)
kbrosseau@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, SACRAMENTO CHIEF OF POLICE KATHERINE LESTER; former SACRAMENTO CHIEF OF POLICE DANIEL HAHN; Police Officer GREINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRON FRYE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; SACRAMENTO CHIEF OF POLICE KATHERINE LESTER; former SACRAMENTO CHIEF OF POLICE DANIEL HAHN; Police Officer GREINE, individually and in his capacity as an officer for the Sacramento Police Department; and DOES 1 through 20,<br><br>　　　　　　Defendants. | Case No.:  2:22-cv-01936-DJC-KJN<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

TO PLAINTIFF SHARRON FRYE AND HER ATTORNEY OF RECORD:

　　　　PLEASE TAKE NOTICE that as of August 30, 2023, KATE D. BROSSEAU of the Sacramento City Attorney's Office is hereby associated as co-counsel in this matter for Defendant CITY OF SACRAMENTO, SACRAMENTO CHIEF OF POLICE KATHERINE LESTER; former SACRAMENTO CHIEF OF POLICE DANIEL HAHN; Police Officer GREINE and requests to be noticed for all purposes.

The address, telephone, and facsimile numbers will remain the same.

The undersigned consents to the above association.

DATED:  August 30, 2023

SUSANA ALCALA WOOD,
City Attorney


By: /s/ KATE D. BROSSSEAU
KATE D. BROSSEAU
Deputy City Attorney

Attorneys for the
CITY OF SACRAMENTO,
SACRAMENTO CHIEF OF POLICE
KATHERINE LESTER; former
SACRAMENTO CHIEF OF POLICE
DANIEL HAHN; Police Officer GREINE