Jason O. Balogh (CSB # 238199)
jason@baloghlaw.com
BALOGH LAW
6680 Alhambra Avenue, Suite 101
Martinez, CA 94553
Telephone: 925-575-8056

Glenn Katon (CSB # 281841)
gkaton@katon.law
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
Telephone: 510-463-3350
Fax: 510-463-3349

ATTORNEYS FOR PLAINTIFF SHARRON FRYE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRON FRYE,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>        Defendants. | Case No.: 2:22-cv-01936-DJC-KJN<br><br>**PLAINTIFF'S NOTICE OF ASSOCIATION OF COUNSEL** |

      PLEASE TAKE NOTICE that Plaintiff Sharron Frye hereby associates Glenn Katon as co-counsel in the above-captioned case pursuant to Local Rule 182(i). Service of all papers required by Federal Rule of Civil Procedure 5 should be made on Mr. Katon in addition to Jason O. Balogh, current counsel for Plaintiff Frye.

                                              Respectfully submitted,

                                              /s/ Jason Balogh
                                              Jason Balogh

and

/s/ Glenn Katon
Glenn Katon

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that pursuant to Local Rule 135(g)(1), service of the foregoing document has been made on counsel of record through the Court's ECF system.

/s/ Jason Balogh
Jason Balogh

PLAINTIFF'S NOTICE OF ASSOCIATION OF COUNSEL
*FRYE v. CITY OF SACRAMENTO* No. 2:22-cv-01936-DJC-KJN                        Page 2