Jason O. Balogh (CSB # 238199)
jason@baloghlaw.com
BALOGH LAW
6680 Alhambra Avenue, Suite 101
Martinez, CA  94553
Telephone: 925-575-8056

Glenn Katon (CSB # 281841)
gkaton@katon.law
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
Telephone: 510-463-3350
Fax: 510-463-3349

ATTORNEYS FOR PLAINTIFF SHARRON FRYE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHARRON FRYE, | ) |
| Plaintiff, | ) Case No.: 2:22-cv-01936-DJC |
| v. | ) **STIPULATED MOTION TO AMEND** |
| CITY OF SACRAMENTO, et al., | ) **COMPLAINT TO CORRECT** |
| Defendants. | ) **DEFENDANT'S NAME AND ORDER** |

The parties file this Stipulated Motion to Amend the Complaint to allow Plaintiff to correct the name of Defendant Officer Derek Goetting, identified incorrectly as "Officer Greine" in the Complaint. The Amended Complaint is attached as Exhibit A.

/s/ Glenn Katon
Glenn Katon

/s/ Sean D. Richmond
Sean D. Richmond

ATTORNEYS FOR PLAINTIFF

ATTORNEYS FOR DEFENDANTS

## **ORDER**

The Stipulated Motion to Amend Complaint to Correct Defendant's Name is GRANTED. Plaintiff shall file her Amended Complaint within three business days of the entry of this ORDER.

IT IS SO ORDERED.


Dated:  March 1, 2024                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE