JASON O. BALOGH (CSB 238199)
jason@baloghlaw.com
BALOGH LAW
6680 Alhambra Avenue, Suite 101
Martinez, CA 94553
Telephone: 925-575-8056

GLENN KATON (CSB 281841)
gkaton@katon.law
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
Telephone: 510-463-3350
Fax: 510-463-3349

Attorneys for PLAINTIFF SHARRON FRYE

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
**KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)**
kbrosseau@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRON FRYE, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SACRAMENTO, a municipal corporation; SACRAMENTO CHIEF OF POLICE KATHERINE LESTER; former SACRAMENTO CHIEF OF POLICE DANIEL HAHN; Police Officer GOETTING, individually and in his capacity as an officer for the Sacramento Police Department; and DOES 1 through 20, <br><br> Defendants. | Case No.: 2:22-cv-01936-DJC-CSK <br><br> **AMENDED STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |

COMES NOW Plaintiff Sharron Frye and Defendants City of Sacramento, Katherine Lester, Daniel Hahn, and Derek Goetting, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Initial Scheduling Order (ECF No. 11), and its further Order modifying discovery deadlines (ECF No. 28), dated April 17, 2024, be modified to reflect new deadlines and cut-off dates as follows, or as to accommodate the Court's docket:

|  | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosure: | July 31, 2024 | October 16, 2024 |
| Rebuttal Expert Disclosure: | August 28, 2024 | November 15, 2024 |
| Expert Discovery Cut-Off: | September 27, 2024 | December 16, 2024 |
| Dispositive Motion Deadline: | November 7, 2024 | February 19, 2025 |
| Dispositive Motion Hearings: | January 7, 2024 | April 17, 2025 |
| Final Pretrial Conference: | April 22, 2025 | July 17, 2025 |
| Trial: | June 23, 2025 | September 15, 2025 |

WHEREAS, the parties have recently engaged in productive settlement discussions and agree that allowing additional time and attention to engage in such discussions may obviate the need for experts and other judicial resources;

WHEREAS, counsel for all parties have met and conferred and agree that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling orders of this Court;

WHEREAS, the proposed changes to dates above have been cleared with the Court's present calendar availability;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the deadlines will not prejudice any party or their counsel;

///

///

WHEREAS, this is the parties' second request to modify the scheduling order.

**IT IS SO STIPULATED**.

DATED: July 31, 2024                             KATON LAW


By: /s/ GLENN KATON
**GLENN KATON**

Attorney for SHARRON FRYE

DATED: July 31, 2024                             SUSANA ALCALA WOOD
City Attorney


By: /s/ KATE D.L. BROSSEAU
**KATE D.L. BROSSEAU**
Deputy City Attorney

Attorneys for the
CITY OF SACRAMENTO, KATHERINE LESTER, DANIEL HAHN, and DEREK GOETTING

## ORDER

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

|  | **New Date** |
|---|---|
| Expert Disclosure: | **October 16, 2024** |
| Rebuttal Expert Disclosure: | **November 15, 2024** |
| Expert Discovery Cut-Off: | **December 16, 2024** |
| Dispositive Motion Deadline: | **February 19, 2025** |
| Dispositive Motion Hearing: | **April 17, 2025, at 1:30 PM** |
| Final Pretrial Conference: | **July 17, 2025, at 1:30 PM** |
| Trial: | **September 15, 2025, at 8:30 AM** |

**IT IS SO ORDERED.**

Dated: July 31, 2024        /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE