Jason O. Balogh (CSB # 238199)
jason@baloghlaw.com
BALOGH LAW
6680 Alhambra Avenue, Suite 101
Martinez, CA  94553
Telephone: 925-575-8056

Glenn Katon (CSB # 281841)
gkaton@katon.law
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
Telephone: 510-463-3350
Fax: 510-463-3349

ATTORNEYS FOR PLAINTIFF

Sean D. Richmond (SBN 210138)
srichmind@cityofsacramento.org
Kate D.L. Brosseau (SBN 345596)
kbrosseau@cityofsacramento.org
SACRAMENTO CITY ATTORNEY'S OFFICE
915 I St., Fourth Floor
Sacramento, CA 95814
Telephone: (916) 808-5346
Fax: (916) 808-7455

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRON FRYE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>    Defendants. | Case No.: 2:22-cv-01936-DJC-KJN<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

STIPULATION
*FRYE v. CITY OF SACRAMENTO* No. 2:22-cv-01936-DJC-KJN                                    Page 1

PLEASE TAKE NOTICE THAT Plaintiff Sharron Frye and Defendants City of Sacramento, Derek Goetting, Daniel Hahn, and Katherine Lester (hereafter collectively the "parties"), by and through their counsel of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's First Amended Complaint, the operative complaint, so namely the entire action, against all Defendants, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 28, 2025

| /s/ Jason Balogh | /s/ Kate D.L. Brosseau |
|---|---|
| Jason Balogh | Kate D.L. Brosseau |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 29, 2025        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE